UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                          Chapter 13

MIGUEL TOREZ                                                      Case No. 25-12271

                                        Debtor.

_____

### ORDER DENYING CHAPTER 13 TRUSTEE'S MOTION SEEKING DISGORGEMENT/SANCTIONS

UPON the Motion for Sanctions for Debtor Attorney Misconduct (the "Motion") [Dkt. No. 78] of the Chapter 13 Trustee seeking denial, disallowance, and disgorgement of Debtor's Counsel's compensation and related relief; and due notice of the Motion having been given to all necessary parties; and upon the record of the hearing held on February 26, 2026 (the "Hearing"); and after due deliberation, it is hereby

**ORDERED** that the Motion is **DENIED** in its entirety; and it is further

**ORDERED** that any relief in the Motion for denial, disallowance, disgorgement, turnover, sanctions, or other relief against Debtor's Counsel is denied; and it is further

**ORDERED** that this Order is without prejudice to the Court's authority to enforce its orders and to address any matters as may be properly presented on a further application upon appropriate notice and a sufficient record; and it is further

**ORDERED** that the Court shall retain jurisdiction to interpret and enforce this Order.

**IT IS ORDERED**.

Dated: New York, New York
March 4, 2025

_/s/_        John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE